# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENNETH JOHNSON,

        Petitioner,

v.                                 Case Number: 2:14-CV-10976

CATHERINE BAUMAN,

        Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus . . .," dated October 12, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Catherine Bauman and against Petitioner Kenneth Johnson.  Dated at Detroit, Michigan, this 12th day of October, 2016.

                                 DAVID J. WEAVER
                                 CLERK OF THE COURT

                            ____S/Lisa Wagner_____
                            By:  Lisa Wagner, Case Manager
                                to Judge Robert H. Cleland